JULIE A. GOLDBERG, ESQ.
GOLDBERG & ASSOCIATES, P.C.
5586 Broadway, Third Floor
Bronx, New York 10463
Tel.: (718) 432-1022
Email: ecf@goldbergimmigration.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLIH S. ABDULLAH<br><br>          Plaintiff,<br><br>v.<br><br>OFFICER T. WATKINS, et al.,<br>          Defendants. | CASE NO. 1:20-cv-886 NONE SKO<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME<br><br>(Doc. 18) |

   Plaintiff requests an additional 5 days from the current deadline of October 21, 2020 until October 26, 2020, to file a Reply to Defendants' Opposition to Motion to Amend the Complaint. Defendants do not oppose this request. The parties therefore stipulate that the deadline to file a response to Defendants' Motion be extended to October 26, 2020.


   Dated: October 14, 2020

   By:                                          s/Julie Goldberg
                                                Julie Goldberg
                                                Attorney for Plaintiff

                                                s/Audrey Hemesath
                                                Audrey B. Hemesath
                                                Assistant United States Attorney
                                                Attorney for Defendants

1

## ORDER

Pursuant to the parties' above stipulation (Doc. 18), IT IS HEREBY ORDERED that Plaintiff shall have until October 26, 2020, to file their Reply in support of their Motion to Amend the Complaint.

IT IS SO ORDERED.

Dated:     **October 15, 2020**                                    /s/ *Sheila K. Oberto*
                                                                                   UNITED STATES MAGISTRATE JUDGE