JULIE A. GOLDBERG, ESQ.
GOLDBERG & ASSOCIATES, P.C.
5586 Broadway, Third Floor
Bronx, New York 10463
Tel.: (718) 432-1022
Email: ecf@goldbergimmigration.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLIH S. ABDULLAH<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER T. WATKINS, et al.,<br><br>    Defendants. | Case No.  1:20-cv-00886-NONE-SKO<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME**<br><br>(Doc. 21) |

     Plaintiff requests an additional 7 days from the current deadline of October 26, 2020 until November 2, 2020, to file a Reply to Defendants' Opposition to Motion to Amend the Complaint. Defendants do not oppose this request.  The parties therefore stipulate that the deadline to file a response to Defendants' Motion be extended from October 26, 2020 to November 2, 2020 and the scheduled motion hearing continued from October 28, 2020 to November 4, 2020.

     Dated: October 23, 2020

     By:                                           s/Julie Goldberg
                                                    Julie Goldberg
                                                    Attorney for Plaintiff

                                                    s/Audrey Hemesath
                                                    Audrey B. Hemesath
                                                    Assistant United States Attorney
                                                    Attorney for Defendants

**ORDER**

Pursuant to the parties' above stipulation (Doc. 21), IT IS HEREBY ORDERED that Plaintiff shall have until November 2, 2020, to file their Reply in support of their Motion to Amend the Complaint. The hearing on the Motion, currently set for October 28, 2020, is CONTINUED to November 4, 2020, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 26, 2020**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE